

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00242-CR

Rudy **MENDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2880
Honorable Melisa Skinner, Judge Presiding

## O R D E R

On April 11, 2014, we ordered the trial court to file an amended certification of defendant's right of appeal accurately reflecting that defendant has the right to appeal. All other appellate deadlines were suspended pending resolution of the certification issue. On April 21, 2014, a supplemental clerk's record was filed containing a corrected trial court certification which stated that this criminal case is not a plea-bargain case, and the defendant has the right of appeal. Accordingly, we REINSTATE the appeal on this court's docket.

The court reporter is ORDERED to file the reporter's record no later than 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court